1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-mj-00092-SAB |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL AND WARRANT RECALL |
| ANDRES PASCUAL-MARQUIREZ, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:14-mj-00092-SAB against ANDRES PASCUAL-MARQUIREZ, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and further requests that the warrant be recalled.

DATED: January 8, 2025                     Respectfully submitted,

                                           PHILLIP A. TALBERT
                                           United States Attorney

                                     By:   /s/ *Jeffrey A. Spivak*
                                           JEFFREY A. SPIVAK
                                           Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:14-mj-00092-SAB against ANDRES PASCUAL-MARQUIREZ, be dismissed, without prejudice and that the warrant be recalled, in the interest of justice.

IT IS SO ORDERED.

Dated:   **January 10, 2025**

STANLEY A. BOONE
United States Magistrate Judge